**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

June 5, 2007

MEMORANDUM TO COUNSEL RE:

    Frame v. Wicker
    Civil No. AMD 07-1183

    I have reviewed defendant's opposition to the motion to remand. It is plain, as defendant concedes, that the Notice of Removal was not filed within the time allowed by 28 U.S.C. § 1441. Defendant's assertion that the statutory time limit can be modified by reliance on time deadlines set forth in state rules of procedure lacks merit. *See, e.g., Neighborhood Development Collaborative v. Ginsberg*, 2003 WL 23941712, *1 (D.Md. Sept. 2, 2003), *aff'd*, 2004 WL 1663822 (4th Cir. July 22, 2004), *cert. denied*, 543 U.S. 1052 (2005).

    For the reasons set forth, the motion to remand shall be granted. An order follows.

    Very truly yours,

    /s/

    Andre M. Davis
    United States District Judge

AMD:tt